UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

UNITED STATES OF AMERICA,

      Plaintiff,

v.                       Case No: 2:02-cv-410-FtM-33SPC

TRACT J47-10, 5.00 ACRES OF
LAND, MORE OR LESS IN
COLLIER COUNTY, FLORIDA,
HERBERT W. COLP (DECEASED),
ET AL.,

      Defendants.
_____/

**ORDER**

This matter comes before the Court on review of the file.  On June 30, 2005, the Court conducted a bench trial to determine just compensation in eight condemnation proceedings. (Doc. # 41). As to this case, the Court determined that just compensation was $750.00 an acre for a total of $3,700.00, and a Judgment (Doc. # 42) was issued.  However, no claimants filed applications seeking withdrawal of the just compensation.  On June 30, 2005, upon determining just compensation, the Court noted:

> That, in the event that the Just Compensation and any interest, or any part thereof, remains unclaimed for a period of five years from the date of this Opinion and Order, the Clerk of the Court, pursuant to 28 U.S.C. § 2042, will cause such sum, together with any interest, to be deposited in the United States Treasury in the name and to the credit of the United States of America.

(Doc. # 41 at ¶ 10).  Considerably more than 5 years have passed, and the just compensation funds are due to be returned to the United States of America via the National Park Service pursuant to the Order.

However, in reviewing the file, the Court notices that the United States initially identified Robert S. Colp as a potential claimant (as the last known heir and devisee of Herbert W. Colp (deceased)). (Doc. # 11).  Thereafter, in an Amended Complaint, the United States notified the Court that Robert S. Colp died. (Doc. # 34 at ¶ 4).  The United States served an individual named Dewease W. Elliott with the Amended Complaint and subsequent filings.  Without making any finding as to entitlement to the funds at issue, and in an effort to locate unknown claimants, the Court will direct the Clerk to mail a blank application form to Robert S. Colp's last known address, as well as to Dewease W. Elliott.  The Court recognizes that Robert S. Colp has passed away, but sends this Order and the attached application to his last known address based on the chance that it will reach an heir to the money at issue.

Accordingly, it is hereby

**ORDERED, ADJUDGED,** and **DECREED:**

1. The Clerk shall mail a copy of this Order and the attached Application form to the following individuals:

   Robert S. Colp (deceased)

```
15952 Sequoia Avenue
# 7
Hesperia, CA 92345

and

Dewease W. Elliott
807 Clayton Avenue
Tupelo, MS 38804
```

2.  Any application must be filed with the Clerk of Court on or before **February 8, 2016.**  If no applications are filed, the funds will be disbursed to the National Park Service without further notice.

    **DONE** and **ORDERED** at Fort Myers, Florida, this   8th  day of December, 2015.

VIRGINIA M. HERNANDEZ COVINGTON
UNITED STATES DISTRICT JUDGE